IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIFFANY RODRIGUEZ**  PLAINTIFF

v.  CASE NO. 4:15CV00315 BSM

**SALINE COUNTY DETENTION
FACILITY, et al.**  DEFENDANTS

**ORDER**

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney have been received. No objections have been filed. After a review of the proposed findings and recommendations, it is concluded they should be adopted, in their entirety, in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint is dismissed without prejudice for failure to state a claim.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. It is certified that an *in forma pauperis* appeal would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 24th day of July 2015.

UNITED STATES DISTRICT JUDGE